**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Davonn ROSS, Petitioner**

No. 247 WAL 2017

Supreme Court of Pennsylvania.

October 24, 2017

### ORDER

PER CURIAM

AND NOW, this 24th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Mary Kate O'DONNELL, Petitioner**

No. 248 WAL 2017

Supreme Court of Pennsylvania.

October 24, 2017

### ORDER

PER CURIAM

AND NOW, this 24th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Michael CIOPPA, Petitioner**

No. 291 WAL 2017

Supreme Court of Pennsylvania.

October 24, 2017

### ORDER

PER CURIAM

AND NOW, this 24th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.